```
IN THE MATTER OF THE              )  MAG. NO. 17-01289 RLP
ADMINISTRATIVE INSPECTION OF:     )
                                  )  RETURN OF ADMINISTRATIVE
OPEN DOOR RX INC.                 )  INSPECTION WARRANT
1130 N. NIMITZ HIGHWAY, SUITE     )
#A-153 A/B, HONOLULU, HAWAII      )
96817; and                        )
                                  )
OPEN DOOR PHARMACY LLC            )
1130 N. NIMITZ HIGHWAY, SUITE     )
#A-153, HONOLULU, HAWAII          )
96817.                            )
                                  )
_____)
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 07 2017

at \_\_\_ o'clock and 30 min \_\_ M
SUE BEITIA, CLERK

### RETURN OF ADMINISTRATIVE INSPECTION WARRANT

The undersigned, Alexandros Nikoloudakis, declares under penalty of perjury:

That he received the attached Administrative Inspection Warrant on November 07, 2017, to search the controlled premises of OPEN DOOR RX INC. and OPEN DOOR PHARMACY LLC, located at 1130 N. Nimitz Highway, Suite #A-153, Honolulu, Hawaii 96817, for purposes of inspecting, verifying and copying various records required to be kept under the provisions of the Controlled Substance Act.

That on November 07, 2017, he served a copy of the Warrant upon Michael Hanna, and conducted an inspection of the controlled premises described in the warrant.

That the inspection of the premises described in the Warrant was completed on November 07, 2017.

That attached hereto is a DEA Form-12, Receipt for Cash or Other Items, describing the property seized pursuant to this Administrative Inspection Warrant.

_____         Dated: 11-07-17
ALEXANDROS NIKOLOUDAKIS
Diversion Investigator
Drug Enforcement Administration
U.S. Department of Justice

## **ATTACHMENT TO ADMINISTRATIVE INSPECTION WARRANT**

1. Diversion Investigator (DI) Alexandros Nikoloudakis executed the Administrative Inspection Warrant (AIW) on OPEN DOOR RX, INC. & OPEN DOOR PHARMACY LLC., located at 1130 N. Nimitz Highway, Suite #A-153, Honolulu, Hawaii 96817.  During the execution of the AIW, The Investigators entered the premises and noticed that the pharmacy was vacant.  There were no records or any controlled substances at the premises and DEA did not seize anything.

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| | FILE TITLE<br>OPEN DOOR RX INC & OPEN DOOR PHARMACY LLC | |
| | DATE   11-07-2017 | |

**DIVISION/DISTRICT OFFICE**
DRUG ENFORCEMENT ADMINISTRATION
HONOLULU DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | UPON ENTERING PREMISES PURSUANT TO THE | |
| | ATTACHED ADMINISTRATIVE INSPECTION | |
| | WARRANT, PHARMACY FOUND TO BE VACANT. | |
| | THERE WERE NO RECORDS OR ANY CONTROLLED | |
| | SUBSTANCES AT THE PREMISES. DEA DID NOT | |
| | SEIZE ANYTHING. | |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
ACE NIKOLOUDAKIS, DI

NAME AND TITLE (Print or Type)

FORM DEA-12 (9-00) *Previous editions obsolete*